

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-14-00246-CV

### Trial Court No. 41,072

## The State of Texas for the Best Interest and Protection of S. E.

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Clerk's record | $40.00 | Indigent |
| Reporter's record | $65.00 | Billed to Hunt County, Texas |
| Indigent | $25.00 | Indigent |
| Supreme Court chapter 51 fee | $50.00 | Indigent |
| Filing | $100.00 | Indigent |
| Required Texas.gov efiling fee | $20.00 | Indigent |
| **TOTAL:** | $300.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 20th day of February 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk